**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| BUDDY G., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-61 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | Magistrate Judge Elizabeth P. Devers |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(DOC. NO. 13), AND, DISMISSING COMPLAINT (DOC. NO. 1)**

This appeal of Defendant Commissioner's supplemental security income decision is currently before the Court on Magistrate Judge Elizabeth P. Deavers' Report and Recommendation ("Report") (Doc. No. 13), recommending dismissal of this action. On September 4, 2025, Plaintiff's counsel filed a Suggestion of Death (Doc. No. 11), indicating that the named Plaintiff here had passed away. However, no subsequent filing was made to seek a substitute for the named Plaintiff. Therefore, in her Report, Magistrate Judge Deavers recommends dismissing this case under Fed. R. Civ. P. 25(a), which requires that if a motion for substitution of a party "is not made within 90 days after service of a statement noting the death [of a party], the action by or against the decedent must be dismissed." (Doc. No. 13 at PageID 1783.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Deavers' Report have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. No. 13), in

1

2

full.   The instant Complaint (Doc. No. 1) is hereby **DISMISSED** and the Clerk is directed to **TERMINATE** this matter on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, February 18, 2026.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE